IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Thomas Nicholas,      CASE NO. 14-mc-11

Plaintiff

V.

Peyton Manning d/b/a Denver Broncos Quarterback,
National Football League A/K/A NFL,
Defendants

RECEIVED JAN 14 2014

### Preliminary Injunction, Temporary Restraining Order, TRO Under the Whistleblowing Act

Comes Now, the Plaintiff Thomas Nicholas, in pro-se, moves this Honorable Court to Issue an order for the Defendants to respond. Plaintiff faces imminent danger and bodily harm from Peyton Manning who is Quarterback for the Denver Broncos and the NFL. Plaintiff brings this lawsuit under the Whistleblowing Act.

### Statement of Fact

Peyton Manning has been using Illegal steroids and HGH since His Neck Surgeries. Everyday, twice a day Peyton Manning Injects Himself with steroids. Peyton Manning is in a Financial contract with Anthony Bosch where monthly Bosch supplies Manning with HGH, HGH Gummies, needles and illegal steroids. Anthony Bosch also supplied Illegal Steroids to Alex Rodriquez a/k/a A-rod who plays for the Yankees. Peyton Manning has been using money from His Endorsement contracts with Buick, PapaJohns, and directtv. to buy monthly supplies of Illegal Steroids from Anthony Bosch where Manning wiretransfers Increments of $9,999 (for Irs purposes) into Philadelphia Bank Accounts of PNC BANK belonging to Anthony Bosch. 1/19/14 Before the Denver Broncos AFC Championship Game Against the New England Patriots Defendant Peyton Manning Injected Himself with illegal steroids 1 hour before the Football game. This gave Peyton Manning a competitive Advantage over his opponents and Illegal steroid use is Banned in the NFL. By taking Illegal steroids Peyton Manning violated the Integrity of

the game. Peyton Manning cheated. Peyton Manning Entire 2013-2014 Season where He set the single season record For touchdowns passed and Yardage was a Fraud. Manning was on steroids the Entire season and the NFL turned a blind eye on this and Encouraged Peyton Manning to do Illegal Steroids to Boost t.v. ratings and Bring in money through merchandising. Peyton Mannings on Field performance parallels Barry Bonds and Roger clemens where their personal statistics gotten Better as they got older later in their playing careers where it was discovered they were using Performance Enhancing drugs. Peyton Manning since His neck surgeries Has been on Performance Enhancing drugs. Anthony Bosch and others showed Peyton Manning how to beat a drug test. Peyton Manning on Illegal Steroids undermines the Integrity of the game and sets a Bad example to children. I move this court to compel Peyton Manning to take a blood and urine test to prove he is not on steroids. As a consumer to the NFL I Find it offensive and I'm cheated when I watch Football games Peyton Manning Plays in. Plaintiff seeks a restraining order Against Peyton Manning Playing in this Years superBowl. Peyton Manning on steroids is a danger to the public. Plaintiff Seeks a restraining order Against the NFL Broadcasting and Playing the superBowl in New York this Year because Peyton Manning cheated. He was on Illegal Steroids, HGH, performance Enhancing drugs, this is a violation of consumer product safety laws and False Advertising. Plaintiff respectfully Prays this Honorable court will grant His Motion For relief

_[signature]_   1/19/14

THomas Nicholas
23 Hasbrouck Ave
Butler, New Jersey 07405